THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR THOMPSON, Appellant.— Judgment of conviction and orders affirmed. Memorandum: We disregard under the provisions of section 542 of the Code of Criminal Procedure the statement in the summation of the district attorney to which exception was taken. All concur. (The judgment convicts defendant of violation of subdivision 2 of section 2460 of the Penal Law. The orders deny motion for a new trial and arrest of judgment.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

NETTIE FREEDMAN, Respondent, v. CLINTON COURT CORPORATION, INCORPORATED, Appellant.— Judgment affirmed, with costs, on the authority of Richman v. Stanley Mark Strand Corp. (241 App. Div. 633; affd., 266 N. Y. 494). All concur. except Crosby and Lewis, JJ., who dissent and vote for reversal on the law and dismissal of the complaint. (The judgment affirms a judgment of the Rochester City Court in favor of plaintiff in an action for damages for personal injuries sustained by reason of falling on a stairway.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

THERON J. MAIN, as Executor, etc., of LOUISE MAIN, Deceased, Respondent, v. THE HOME INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to dismiss plaintiff's complaint and for summary judgment, in an action under an agreement to write fire insurance.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

THELMA PIRONG, Appellant, v. LESTER M. COX and INDEPENDENT AUTO FORWARDING CORPORATION, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

MARJORY BARKLEY, Appellant, v. LESTER M. COX and INDEPENDENT AUTO FORWARDING CORPORATION, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

ERWIN S. BECKINGHOUSEN, Respondent, v. JENCO BROS., INCORPORATED, and JOHN RICCOBONO, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $3,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs to this appeal to any party. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.